**Fill in this information to identify the case:**

Debtor 1: MIGUEL F MARTIN

Debtor 2: ROSE E MARTIN
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN   District of FLORIDA
(State)

Case number: 16 17109

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Regions Bank d/b/a Regions Mortgage    **Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 3 7

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 2,273.53

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 640.82    New escrow payment: $ 745.09

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 5.00000 %    New interest rate: 3.25000 %
   Current principal and interest payment: $ 2,351.44    New principal and interest payment: $ 1,528.44

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | MIGUEL F MARTIN | Case number *(if known)* 16 17109 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Marshelle Nabors                    Date  5/22/2020
Signature

| Print: | MARSHELLE NABORS | Title | BANKRUPTCY PROCESSOR |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company:  Regions Bank d/b/a Regions Mortgage

Address:  7130 Goodlett Farms Parkway
         Number   Street
         Cordova, TN 38016
         City   State   ZIP Code

Contact phone  800-986-2462X1572         Email  mem.bkynotice@regions.com

Debtor 1   **MIGUEL F MARTIN**
First Name   Middle Name   Last Name

Case number (*if known*)   16 17109

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

| | |
|---|---|
| Date: | 05/22/2020 |
| Chapter 13 Trustee: | ROBIN R. WEINER |
| Trustee Address: | P. O. BOX 559007, FT. LAUDERDALE, FL  33355-9007 |
| Trustee Email: | |
| Debtor's Counsel Name: | ANDRES MONTEJO |
| Debtor's Counsel Address: | 6157 NW 167 ST #F21, MIAMI, FL  33015 |
| Debtor's Counsel Email: | |
| Debtor 1 Name: | MIGUEL F MARTIN |
| Debtor 2 Name: | ROSE E MARTIN |
| Debtor's Mailing Address: | 17422 SW 21ST CT, MIRAMAR, FL  33029 |
| Debtor Email: | |

/s/  MARSHELLE NABORS

**Representation of Printed Document**

# REGIONS

PO BOX 18001
HATTIESBURG, MS  39404-8001

5-720-31198-0000017-001-000-000-000-000

MIGUEL F MARTIN
17422 SW 21ST CT
MIRAMAR FL  33029-5596

### Contact Us

**24 Hour Automated Service:**  1-800-986-2462
Customer Service Hours
Monday - Friday, 7:30 a.m. - 5:00 p.m. CST

**Correspondence Address:**
P.O. Box 18001
Hattiesburg, MS  39404-8001

www.regionsmortgage.com

### Payment Information

ACCOUNT NUMBER:
ANALYSIS DATE:  05/14/20

|  | PAYMENT<br>As of 07/01/19 | NEW PAYMENT<br>As of 07/01/20 |
|---|---|---|
| Principal & Interest (P&I) | 2,351.44 | 1,528.44 |
| Escrow Payment | 592.08 | 675.67 |
| Prorated Shortage | 48.74 | 69.42 |
| **Total** | **2,992.26** | **2,273.53 *** |

## Annual Escrow Account Disclosure Statement

### Coming Year Escrow Projections

*SEE REVERSE SIDE FOR ADDITIONAL INFORMATION*


EQUAL HOUSING LENDER

**ANTICIPATED ESCROW DISBURSEMENTS**

| | |
|---|---|
| COUNTY TAX | 3,408.00 |
| HAZARD INS | 4,700.00 |
| TOTAL DISBURSEMENTS | 8,108.00 |
| 1/12th Total Annual Disbursements Per PaymentDeposit | 675.67 |

### ACCOUNT PROJECTIONS

| MONTH | ANTICIPATED AMOUNT TO ESCROW | ANTICIPATED AMOUNT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW ACCOUNT BALANCE | REQUIRED ESCROW ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  |  |  | **Beginning Balance** | 518.32 | 1,351.30 |
| 07/20 | 675.67 |  |  | 1,193.99 | 2,026.97 |
| 08/20 | 675.67 |  |  | 1,869.66 | 2,702.64 |
| 09/20 | 675.67 |  |  | 2,545.33 | 3,378.31 |
| 10/20 | 675.67 |  |  | 3,221.00 | 4,053.98 |
| 11/20 | 675.67 |  |  | 3,896.67 | 4,729.65 |
| 12/20 | 675.67 | 3,408.00- | COUNTY TAX | 1,164.34 | 1,997.32 |
| 01/21 | 675.67 |  |  | 1,840.01 | 2,672.99 |
| 02/21 | 675.67 |  |  | 2,515.68 | 3,348.66 |
| 03/21 | 675.67 |  |  | 3,191.35 | 4,024.33 |
| 04/21 | 675.67 |  |  | 3,867.02 | 4,700.00 |
| 05/21 | 675.67 |  |  | 4,542.69 | 5,375.67 |
| 06/21 | 675.67 | 4,700.00- | HAZARD INS | 518.36 | 1,351.34 < |
| TOTAL | 8,108.04 | 8,108.00- |  |  |  |

**PROJECTED ESCROW BALANCE SUMMARY**

The right side of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage.  The low point balance is the lowest amount your escrow account should reach over a 12 month period.

Your ending balance, from the last month of the account history is $518.32.  Your starting balance according to this analysis should be $1,351.30.

This means you have a shortage of $832.98.

This shortage may be collected from you over a period of 12 payments or more.  We have decided to collect it over 12 payments.

Your mortgage payment for the coming year will be $2,273.53 of which $1,528.44 will be for principal and interest and 745.09 will go into your escrow account.

720-2062-0319F

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with your loan, this statement is being provided for informational purposes only and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral.

* If payments are made automatically through your financial institution's bill pay service, please remember to notify them to adjust your mortgage remittance to reflect the new payment amount.

**Internet Reprint**

⇩  DETACH ALONG PERFORATION AND RETURN LOWER PORTION  ⇩

### QUESTIONS OR CHANGES?
Please write or call . . .



P.O. Box 18001
Hattiesburg, MS  39404-8001
**Toll Free (800) 986-2462**

If you wish to pay the shortage, you may do so by sending a separate check or money order along with this form (do not include with your monthly payment).

**ESCROW SHORTAGE COUPON**

Your escrow analysis shows a total deficit and/or shortage of $832.98.  We have divided this shortage by 12 and added the prorated amount of $69.42 to your monthly payment.  You also have the option to pay your escrow shortage in full by any of the methods listed below.  If the entire shortage amount is paid now, your new payment will be $2,204.11.  All funds remitted with this coupon will be applied to escrow shortage.  Your loan payment may not be adjusted if the shortage is less than $50.
Payment of the shortage may be made by:

 Check or money order: Please write your loan number on the check to ensure proper credit to your escrow account and mail your check with this coupon (do not include it with your mortgage payment) to:  Regions Mortgage
P.O. Box 2153, Dept 2520
Birmingham, AL  35287-2520

▶ Online: Visit us at regionsmortgage.com and select "Make a Payment"
▶ Branch: Visit any convenient Regions branch location
▶ Phone: Call us at 1-800-986-2462, then press "0"

# ESCROW ACCOUNT HISTORY

- On Oct. 26, 1994, The Department of Housing and Urban Development (HUD) established a nationwide standard escrow accounting method for all loans subject to the Real Estate Settlement Procedures Act (RESPA). This method is known as "aggregate accounting". Your escrow account has been analyzed using this method. Please use this form in conjunction with the accompanying ESCROW ACCOUNT PROJECTION AND HISTORY STATEMENT.

   The left side of this form is a projection of the escrow disbursements for the next year. This may show the actual amount paid for that item, or if unknown, the projection may include a RESPA authorized adjustment to the previous year's disbursement. The total of the projected disbursement(s) is divided by a specific number of months to arrive at the monthly escrow deposit before surplus or shortage adjustment. The monthly escrow deposit is used on the Coming Year Escrow Projection Statement for the "Payments to Escrow".

   At the top of this form, PAYMENT INFORMATION, provides an itemized description of your new payment amount including any required overage, deficiency, and/or shortage adjustment. For comparison, an itemized description of your previous payment has been provided.

- The purpose of the Coming Year Projection is to determine the lowest balance "Low Point" to which your escrow account will decline over the upcoming year.

   The left side of the projection form is a month-to-month description of payments anticipated to be deposited and disbursed from your escrow account. The beginning Escrow Required Balance includes the disbursement of any overage reported or repayment of all shortages and/or deficits. The maximum low point by Federal Law (RESPA) is 2 monthly deposits (1/6) of your total annual disbursements from your escrow account. However, if your loan documents or state law specifies a lower minimum balance, this lesser amount will be the allowable low point for your account.

   The top of this form is a comparison of the projected low point of your escrow account to the allowable low point to determine an overage or shortage. If the projected low point is greater than the allowable low point, there is an overage. If the overage is $10 or greater, it will automatically be refunded to you unless the account is delinquent. If less than $10, we will lower your monthly payments accordingly.

   If the projected low point is less than the allowable low point, there is a shortage and/or deficiency which will be recovered by an adjustment to your monthly payment over the specified number of months. The adjustment amount(s) appear in the Low Balance Summary and Current Payment box.

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from the projected activity in either the amount or date.

- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid entirely

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | 1,184.20 | 4,403.88- |
| 07/19 | 592.08 | * | | | | 1,776.28 | 4,403.88- |
| 08/19 | 592.08 | 755.17 * | | | | 2,368.36 | 3,648.71- |
| 09/19 | 592.08 | 755.17 * | | | | 2,960.44 | 2,893.54- |
| 10/19 | 592.08 | 755.17 * | | | | 3,552.52 | 2,138.37- |
| 11/19 | 592.08 | 2,319.68 * | | | | 4,144.60 | 181.31 |
| 12/19 | 592.08 | * | 2,847.00 | 3,408.00 * | COUNTY TAX | 1,889.68 | 3,226.69- |
| 01/20 | 592.08 | * | | | | 2,481.76 | 3,226.69- |
| 02/20 | 592.08 | 755.17 * | | | | 3,073.84 | 2,471.52- |
| 03/20 | 592.08 | 640.82 * | | | | 3,665.92 | 1,830.70- |
| 04/20 | 592.08 | * | | | | 4,258.00 | 1,830.70- |
| 05/20 | 592.08 | 6,408.20 * E | | E | | 4,850.08 | 4,577.50 E |
| 06/20 | 592.08 | 640.82 * E | 4,258.00 | 4,700.00 * E | HAZARD INS | 1,184.16 < | 518.32 E |
| TOTAL | 7,104.96 | 13,030.20 | 7,105.00 | 8,108.00 | | | |

Regions Bank
PO Box 18001
Hattiesburg, MS 39404-8001

Customer Service: 1-800-986-2462
Speech and
Hearing Impaired: 1-877-344-9716



1-720-30498-0000203-001-01-000-000-000-000  AR998

MIGUEL F MARTIN
17422 SW 21ST CT
MIRAMAR FL  33029-5596

April 20, 2020

Loan Number:

**Changes to Your Mortgage Interest Rate and Payments on 06-01-20**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a period of 12 months during which your interest rate stayed the same. That period ends on 06-01-20, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 12 months for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.00000% | 3.25000% |
| Principal | -none- | -none- |
| Interest | $2,351.44 | $1,528.44 |
| Escrow (Taxes and Insurance) | $640.82 | $592.08** |
| **Total Monthly Payment** | **$2,992.26** | **$2,120.52** <br> **Due 07-01-20** |

**\*\*This amount may change at your next annual escrow analysis.  Any change in the amount of your escrow account payments will be reflected on your annual escrow account statement.

<u>Interest Rate</u>: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the 1 YEAR DAILY LIBOR RATE (0.98125%) and your margin is 2.25000%. The 1 YEAR DAILY LIBOR RATE is published daily in WWW.WSJ.COM.

<u>Rate Limit(s)</u>: Your rate cannot go higher than 8.00000% over the life of the loan. Your rate can change at this adjustment by no more than 2.00000 percentage points. Your rate can change at each subsequent adjustment by no more than 2.00000 percentage points.

<u>New Interest Rate and Monthly Payment</u>: The table above shows your new interest rate and new monthly payment. Your new payment is based on the 1 YEAR DAILY LIBOR RATE, your margin, possible rounding as stipulated in the Note, your loan balance of $564,346.73, and your remaining loan term of 288 months as of the change date.

<u>Interest-Only Payments</u>: Your new payment will not cover any principal.  Therefore, making this payment will not reduce your loan balance.

<u>Prepayment Penalty</u>: None

Exclusive address for Information Requests and Error Resolution: PO Box 110, Hattiesburg, MS 39403-0110

"Regions Bank may be a debt collector under applicable law. This communication may be deemed an attempt to collect a debt, and any information obtained could be used for that purpose. If you are a successor in interest, this notice does not make you liable for the mortgage debt, and you will only be liable for the mortgage debt if you assume the mortgage loan obligation under State law." • Once enrolled, loan information is available 24 hours a day, 7 days a week at regionsmortgage.com

"Regions and Equal Housing Lender."

Page 1 of 2

**If You Anticipate Problems Making Your Payments:**

- Contact Regions at 1-800-748-9498 or at our website, regionsmortgage.com as soon as possible.
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):

    ➢ Refinance your loan with us or another lender;
    ➢ Sell your home and use the proceeds to pay off your current loan;
    ➢ Modify your loan terms with us;
    ➢ Payment forbearance temporarily gives you more time to pay your monthly payment.

- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp/ . If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp/ .

**Questions About This Notice:**

If you have any questions or concerns regarding this notice, please call Sandra Powell, Vice President, at 1-800-986-2462 between 8 a.m. and 5 p.m. CT, Monday through Friday.

Note: If this loan was discharged or is part of an open bankruptcy case and/or if you are subject to protections under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect or recover debt. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral subject to any applicable bankruptcy or other law.