**CGFD33** (10/01/16)



ORDERED in the Southern District of Florida on September 28, 2020

**Scott M Grossman**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 16–17109–SMG**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Miguel Francisco Martin
aka Frank Martin
17422 SW 21 Court
Miramar, FL 33029

SSN: xxx–xx–4030

Rosa Elena Martin
aka Rosa E. Frade
17422 SW 21 Court
Miramar, FL 33029

SSN: xxx–xx–9529

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

### # # #